IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TYRELL JMAR WHITE,

     Appellant,

v.
                        Case No.     5D22-319
                        LT Case No. 2007-CF-005430-A-W

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 27, 2023

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Matthew J. Metz, Public Defender, and
Ryan Belanger, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.